1:07MJ69A

AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of

UNITED STATES OF AMERICA

V.

Daryus Pierce 9/11/77

## WARRANT FOR ARREST

Case 00CR10102-DPW-JGD-12

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Daryus Pierce
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complain x Order of court x Violation ☐ Probation Violation Petition

charging him or her (brief description of offense)

2007 JAN 22 P 12: 38

Violation of conditions while on Supervised release. The defendant shall not commit another Federal, State, or local crime and shall not illegally possess a controlled substance. The offender shall not associate with any person convicted of a felony unless granted to do so by the Probation Officer.

in violation of 18 United States Code, Section(s) 3603

Richard Nichols
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

1/12/07 at Boston, Massachusetts
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Prob12C
DMA (3/2005)

received
1/12/07

# United States District Court
## for the District of Massachusetts
## Petition and Affidavit for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Daryus Pierce **Case Number:** 1:00-10102-DPW (012)

**Name of Sentencing Judicial Officer:** The Honorable Douglas P. Woodlock, U.S. District Judge

**Date of Original Sentence:** 12/17/01

**Original Offense:** Possession of Marijuana with Intent to Distribute

**Original Sentence:** 37 months CAG; 36 months supervised release

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** 4/16/04

**Asst. U.S. Attorney:** Robert Peabody **Defense Attorney:** Timothy Watkins

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I. | **Violation of Law: While on Supervised Release, the offender shall not commit another Federal, State or local crime and shall not illegally possess a controlled substance.** |

On 1/3/07, the defendant, Daryus Pierce, was arrested by the Hyannis Massachusetts Police Department. The Arrest Report submitted by Officer John Campbell indicates that:

> On 1/3/07, I was on routine patrol in the village of Hyannis in a marked police unit E-22. At approximately 2345 hours (11:45 pm), I observed a grey Volkswagen Jetta heading west on Main Street. The Jetta traveled through the intersection of Center Street and Main Street and neglected to stop for a red light. I then activated the emergency blue lights of my cruiser and escorted the vehicle to the side of the roadway. I then approached the vehicle and advised the operator as to why he was stopped and asked him to produce a drivers license. The operator was identified as Corey Jones.
>
> I also noticed two other male passengers in the vehicle and neither of them were wearing their seatbelts. I then asked both passengers for some identification. One of the passengers was identified as Joseph Brown and the other stated that his name was Daryus Pierce but had no identification on him. I then conducted a warrant check on all three individuals. It was then confirmed that Daryus Pierce had an out-of-state warrant (Rhode Island) for his arrest. Pierce was removed from the vehicle and placed under arrest. While doing so several small plastic bags (10) fell to the ground from his pants. The bags contained a green leafy substance that appeared

to be marijuana. Pierce was transported to the Facility and later booked by Sergeant Murphy. He was charged with being a fugitive from justice and being in possession of a class D substance with the intent to distribute.

The defendant also received a written warning for seat belt violation (M4540724).

On 1/4/07, the defendant was arraigned in the First District Court in Barnstable, Massachusetts. He was held without bail on the Fugitive from Justice (Rhode Island) charge and on $1,500 bail on the Possession Class D with Intent to Distribute charge. The case was continued until 1/22/07 for motion.

**Violation Number** **Nature of Noncompliance**

**II.** **Violation of Standard Condition #9: The offender shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer:**

The Probation Office first became aware of the defendant's association with Corey Jones, DOB: 5/14/79, on March 18, 2005 when he was at Pierce's home during a routine monitoring contact. A criminal record check performed by Probation at that time revealed that Mr. Jones had a very lengthy and violent criminal record which included numerous felony convictions for Assault and drug related offenses. On a subsequent visit to the defendant's home on March 29, 2005, Mr. Jones was again present in the defendant's home.

During an administrative hearing at the Probation Office on 4/14/05, the defendant was directed to have no further contact with Mr. Jones or with any person having a felony conviction. This directive has been periodically reviewed with the defendant throughout his term of supervision.

As outlined above in Violation #1, the defendant was associating with Mr. Corey Jones on the night of his arrest by the Hyannis Police Department. The defendant was aware that he was not permitted to associate with Mr. Jones per previous directives by the Probation Office.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:

[X] Revoked

[ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

Reviewed/Approved by:

Martin Flynn
Officer-in-Charge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By

Larissa Charette
U.S. Probation Officer
Date: 1/10/07

**THE COURT ORDERS**

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Douglas P. Woodlock
The Honorable Douglas P. Woodlock

January 12, 2007
Date