UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | 1:07-M-69A |
| | : | |
| DARYUS PIERCE | : | |

**ORDER OF REMOVAL**

This matter was heard on July 2, 2007, before Magistrate Judge Lincoln D. Almond, on a removal hearing held pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, to determine whether the Defendant, Daryus Pierce, should be removed to the District of Massachusetts to answer a violation of supervised release filed against him in that District. The Defendant, represented by counsel, Edward C. Roy, Jr., having waived his right to an identity hearing, is hereby:

ORDERED, ADJUDGED AND DECREED

removed, in the custody of the United States Marshals Service, to the District of Massachusetts.

By Order,

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge

Date: July 2, 2007